# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| TERRANCE JAVARR ROSS, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:19-cv-00166-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| MIKE SLAGLE, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 6, 2020 Order.

March 6, 2020

_____
Frank G. Johns, Clerk
United States District Court